PROB 22
(Rev. 2/88)

**DOCKET NUMBER** *(Tran. Court)*
00-CR-1150-(S-1)-02

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
04-10351

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Ramiro Gonzalez<br>31 Cavendish Circle<br>Salem, Massachusetts 01970 | Eastern District New York | Central Islip |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Jack B. Weinstein | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 09-03-2004 | TO 09-02-2009 |
| | Supervised Release | | |

**OFFENSE**

**21 USC 846 and 841(b)(1)(B),**

**Conspiracy To Distribute And Possess With Intent To Distribute in Excess Of 500 Grams Of Cocaine**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____New York_____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District Of Massachusetts_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____10/26/04_____         _____[signature]_____
      Date                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Massachusetts_____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____Nov 23, 2004_____         _____William G. Young_____
     Effective Date                   United States District Judge